U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2023 MAY -4 AM 11:44

CLERK

BY __AL__
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 2:23-cr-47-1 |
| JOSHUA WELLS, <br> Defendant | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 17, 2023 in the District of Vermont, the defendant, JOSHUA WELLS, obstructed, delayed, and affected commerce by robbery at the Jolley gas station located at 977 Shelburne Road, South Burlington, Vermont.

(18 U.S.C. § 1951(a))

A TRUE BILL

REDACTED

FOREPERSON

*Nikolas P. Kerest*
NIKOLAS P. KEREST (ZBS)
United States Attorney
Burlington, Vermont
May 4, 2023

1