UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cr-00047-wks |
| | ) | |
| JOSHUA WELLS, | ) | |
| Defendant | ) | |

**MOTION TO WITHDRAW AS ATTORNEY AND TO APPOINT COUNSEL**

NOW COMES Steven L. Barth, Assistant Federal Public Defender, counsel for defendant Joshua Wells, and respectfully requests an order allowing the Office of the Federal Public Defender to withdraw as counsel for Mr. Wells.  Currently, Mr. Wells is represented, as a member of the Burlington Recovery Court, by Attorney Michelle Anderson Barth.  However, Mr. Wells is in need of an attorney to handle matters related to his underlying charge and/or matters unrelated to recovery court.[1]  Because undersigned counsel recently learned of a conflict, undersigned requests the appointment of new counsel to handle matters related to his underlying case and/or matters unrelated to recovery court.  These motions are based on the following.

Since the appointment of this Office to represent Mr. Wells, defense counsel has become aware of a conflict of interest. Based on the nature of this conflict, the Office of the Federal Public Defender believes that this office is unable to represent Mr. Wells. Counsel believes that

[1] While Attorney Anderson Barth was appointed as recovery court counsel and substituted for the undersigned, it is typical for the attorney who was appointed to the underlying case to handle legal matters unrelated to recovery court.  It is also typical for the attorney who was appointed to the underlying case to handle sentencing upon the defendant's discharge (successfully or otherwise) from the recovery court.  As such, undersigned is requesting a new attorney be appointed to handle matters unrelated to recovery court and any future sentencing.

to proceed further would violate the Vermont Rules of Professional Conduct, particularly Rule 1.7(a) with regard to conflict of interest.

Counsel notes that the Federal Public Defender Office followed its procedures for avoiding the acceptance of cases in which a conflict may exist. The instant conflict was not identifiable until recently.

WHEREFORE, counsel respectfully requests for the reasons stated that the Court grant the motion to withdraw from representing Mr. Wells.  Counsel also requests that the Court grant the motion to appoint new counsel for Mr. Wells.

Dated at Burlington, Vermont this 4th day of November, 2024.

MICHAEL L. DESAUTELS
FEDERAL PUBLIC DEFENDER

By:    */s/ Steven L. Barth*_____
Steven L. Barth
Assistant Federal Public Defender
Office of the Federal Public Defender
95 Pine Street, Suite 150
Burlington, Vermont 05401
(802) 862-6990
Steven_Barth@fd.org